*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

JERRY GALLUP,

        Plaintiff-Appellant,

v

SERGEANT OLIVIA MOSS-FORT,

        Defendant-Appellee,

and

BEAUMONT HOSPITAL-WAYNE,

        Defendant.

UNPUBLISHED
January 27, 2025
2:16 PM

No. 363306
Wayne Circuit Court
LC No. 19-009274-NO

Before: RIORDAN, P.J., and RICK and HOOD, JJ.

RICK, J. (*concurring*).

        Because I believe the jury's verdict should be respected in this matter, I concur in the result only.

                                    /s/ Michelle M. Rick